Russell Timothy ROBERTS v. STATE of Arkansas

CR 01-53                                          36 S.W.3d 751

Supreme Court of Arkansas
Opinion delivered February 1, 2001

*Christopher Carter*, for appellant.

No response.

PER CURIAM. Appellant Russell Timothy Roberts, by and through his attorney, has filed a motion for rule on clerk. His attorney, Christopher Carter, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.